MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) RE THE CELLULAR PHONE IDENTIFIED BY (530) 680-4336 | CASE NO. 2:20-SW-00603-CKD<br><br>ORDER UNSEALING § 2703(d) APPLICATION AND ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: January 21, 2021

_The Honorable Kendall J. Newman_
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL § 2703(d) ORDER